# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>            Plaintiff, )<br>   )<br>vs. )<br>   )<br>GONZALO ORTEGA-MENDOZA, et al., )<br>   )<br>            Defendants. )<br>_____ ) | 3:16-cr-00026-HDM-WGC<br><br>ORDER |

Before the court is Defendant Osvaldo Garcia-Garcia's joinder in motion to suppress evidence. (ECF No. 50). Defendant Osvaldo Garcia-Garcia also joins in the request for an evidentiary hearing. No objection to the joinder has been filed and the time for doing so has expired. Accordingly, Defendant Osvaldo Garcia-Garcia's motion for joinder (ECF No. 50) is **GRANTED.**

**IT IS ORDERED** that an evidentiary hearing on the motion to suppress (ECF No. 49) is set for August 17, 2016, at 10:30 AM in Reno Courtroom 4 before Judge Howard D. McKibben.

IT IS SO ORDERED.

DATED: This 20th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE